Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| REGINALD GARY, | ) CV 04-1953-GHK (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| PAT MURPHY, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that defendants' Motion for Summary Judgment is granted and plaintiff's Second Amended Complaint is dismissed.

DATED: 1/17/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1